## ALDREDGE V. BARNETT.

(Decided January 11, 1912.)

APPEAL from Winston Probate Court.

Heard before Hon. JOHN S. CURTIS.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## ANONYMOUS.

(Decided January 18, 1912.)

APPEAL from Chambers Chancery Court.

Heard before Hon. W. W. WHITESIDE.

C. S. MOON, E. M. OLIVER, and STROTHER, HINES &
FULLER, for appellant. N. D. DENSON, for appellee.

SIMPSON, J.—The decree of the Court is affirmed. All
the Justices concurring.

---

## BLEY, ET AL. V. LEWIS.

(Decided February 8, 1912.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

No counsel marked.

Per curiam. Affirmed on certificate.